461 A.2d 879

Commonwealth ex rel. Boehmer, Appellant v. Boehmer.

Submitted March 22, 1983. Robert S. Trigg, for appellant; Edward R. Lecates, for appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.